## COMMISSIONER OF INTERNAL REVENUE
v.
### Maurice J. BREEN et al.
### No. 17323.

United States Court of Appeals
Eighth Circuit.

April 25, 1963.

Louis F. Oberdorfer, Asst. Atty. Gen., Tax Div., for petitioner.

Maurice J. Breen, Ft. Dodge, Iowa, for respondent.

PER CURIAM.

Petition for review of decision of The Tax Court of the United States dismissed on stipulation of parties.

## PRINCEVILLE CANNING COMPANY, Petitioner,
v.
### NATIONAL LABOR RELATIONS BOARD, Respondent.
### No. 19290.

United States Court of Appeals
Fifth Circuit.

May 17, 1963.

Fred C. Jackson, Stephen P. Dart, Kilbourne, Dart & Jackson, St. Francisville, La., for respondent, Princeville Canning Co.

Marcel Mallet-Prevost, Asst. Gen. Counsel, Dominick L. Manoli, Assoc. Gen. Counsel, Melvin Pollack, Atty., Stuart Rothman, Gen. Counsel, Jules H. Gordon, Atty., N. L. R. B., for respondent.

Before TUTTLE, Chief Judge, JONES, Circuit Judge, and DE VANE, District Judge.

PER CURIAM.

Princeville Canning Company, by its petition for review, seeks to have set aside an order against it of the National Labor Relations Board. 133 N.L.R.B. 1232. The Board, by its answer, has requested enforcement of the order. A determination of the question as to whether the Board's findings are supported by substantial evidence will control our decision. No need is apparent for a discussion of the evidence which was submitted in the proceedings before the Board. The evidence supports the Board's findings and its order will be Enforced.

## Jerome DUGGAN, Trustee of Christopher Engineering Co., et al.
v.
### UNITED STATES of America.
### No. 17296.

United States Court of Appeals
Eighth Circuit.

April 25, 1963.

Eugene M. Munger, St. Louis, Mo., for Jerome Duggan.

Grove Sweet, Asst. U. S. Atty., for appellee.

PER CURIAM.

Appeal from District Court dismissed on stipulation of parties.